IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| | : | NO. 05-CR-0056-16 |
| vs. | : | |
| | : | CIVIL ACTION |
| THEODORE YOUNG, SR., | : | NO. 10-CV-3465 |

## ORDER

**AND NOW**, this 12th day of September, 2011, upon careful consideration of the defendant's *pro se* motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (Document #738), the government's response thereto (Document #754), and the defendant's reply (Document #760), IT IS HEREBY ORDERED that the motion is DENIED in its entirety without a hearing.

IT IS FURTHER ORDERED that because Mr. Young has failed to make a substantial showing of the denial of a constitutional right, no certificate of appealability shall issue.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.